UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** October 10, 2023 | **Time:** 22 minutes | **Judge:** RICHARD SEEBORG |
| **Case No.:** 18-cr-533-04 RS | **Case Name:** USA v. Stephen Silverman | |

**Attorney for Government:** Donovan McKendrick, Maya Karwande
**Attorney for Defendant:** Patrick Delahunty
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Corinne Lew | **Court Reporter:** Stephen Franklin |
| **Interpreter:** n/a | **Probation Officer:** n/a |

## PROCEEDINGS

Change of Plea – Held.

## SUMMARY

The defendant is sworn in by the clerk. The defendant pled guilty to Count 3 of the Second Superseding Indictment.

The matter referred to the U.S. Probation Office for preparation of a presentence report.

Plea agreement filed with the Court.

**CASE CONTINUED TO:  2/16/2024 at 9:30 am** (specially set) for Sentencing and Forfeiture Hearing before Judge Seeborg in courtroom #3, 17th Floor.