ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    FAX: (415) 436-7234
    Joseph.tartakovsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> LORIK PAPYAN, <br>     Defendant. | CASE NO. 3:18-CR-533-RS <br><br> GOVERNMENT'S STATEMENT RE: SUBMISSION OF VICTIM IMPACT STATEMENT |

    The undersigned today received a Victim Impact Statement that requests restitution from Mr. Papyan. That Victim Impact Statement will be proffered to the Court under seal.

    The government feels obligated to inform the Court that the submitter of this VIS is the defendant in a federal prosecution in the U.S. District Court for the District of New Jersey. The defendant is alleged to have engaged in a scheme similar to that of the defendants in this case. *See United States v. Steven Diamanstein,* 3:23-cr-00511-MAS-1. That case remains unresolved.

DATED: August 6, 2024                                                           Respectfully submitted,

                                                                                                 ISMAIL J. RAMSEY
                                                                                                 United States Attorney

                                                          \_\_\_\_\_/s_____
JOSEPH TARTAKOVSKY
Assistant United States Attorney